1

2

3

4

5

6

7                         UNITED STATES DISTRICT COURT

8                        CENTRAL DISTRICT OF CALIFORNIA

9

10

11   PRENTICE DURRELL BOOKER, aka  ) Case No. CV 10-1910-JVS(RC)
     PRENTICE DURRELL BOOKER, SR., )
12                                 )
                    Petitioner     ) ORDER ADOPTING REPORT AND
13                                 ) RECOMMENDATION OF UNITED STATES
     vs.                           ) MAGISTRATE JUDGE AND ORDER DENYING
14                                 ) CERTIFICATE OF APPEALABILITY
     MATTHEW CATES, SECRETARY,     )
15   STATE OF CALIFORNIA DEPARTMENT)
     OF CORRECTION AND             )
16   REHABILITATION,               )
                                   )
17                  Respondent.    )
     _____)
18

19        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

20   petition and other papers along with the attached Report and

21   Recommendation of United States Magistrate Judge Rosalyn M. Chapman,

22   and has made a de novo determination.

23

24        IT IS ORDERED that (1) the Report and Recommendation is approved

25   and adopted; (2) the Report and Recommendation is adopted as the

26   findings of fact and conclusions of law herein; and (3) Judgment shall

27   be entered dismissing the petition and action without prejudice.

28   //

1    This Court finds an appeal would not be taken in good faith, and

2  that petitioner has not made a substantial showing that he has been

3  denied a constitutional right, for the reasons set forth in the Report

4  and Recommendation of the United States Magistrate Judge; accordingly,

5  a certificate of appealability should not issue under 28 U.S.C.

6  § 2253(c)(2) and Fed. R. App. P. 22(b).  Slack v. McDaniel, 529 U.S.

7  473, 483, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d 542 (2000); Mayfield v.

8  Calderon, 229 F.3d 895, 900 (9th Cir. 2000).

9

10    IT IS FURTHER ORDERED that the Clerk shall serve copies of this

11  Order, the Magistrate Judge's Report and Recommendation and Judgment

12  by the United States mail on petitioner.

13

14  DATED:    __September 15, 2010__

15

16                          _____
                            JAMES V. SELNA
                            UNITED STATES DISTRICT JUDGE

17

18  R&Rs\10-1910.ado2
    9/10/10

19

20

21

22

23

24

25

26

27

28