UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTICE DURRELL BOOKER, aka PRENTICE DURRELL BOOKER, SR., <br><br>         Petitioner <br><br>vs. <br><br>MATTHEW CATES, SECRETARY, STATE OF CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, <br><br>         Respondent. | Case No. CV 10-1910-JVS(RC) <br><br><br>JUDGMENT |

    Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

    IT IS ADJUDGED that the petition and action are dismissed without prejudice.

DATED: __September 15, 2010__

                                       /s/ James V. Selna
                                       JAMES V. SELNA
                                  UNITED STATES DISTRICT JUDGE

R&Rs\10-1910.jud
8/11/10